B 265
(8/96)



FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States Bankruptcy Court
## Southern District Of New York

In Re:
    Thelen LLP,  )      2:12-mc-409
        Debtor,  )      Case No. 09-15631 (ALG)
           )
Yann Geron, as Chapter 7 Trustee of  )
the Estate of Thelen LLP,  )
        Plaintiff,  )      Chapter 7
           )
    v.  )
Manoucher Sarbaz,  )      Adv. Proc. No. 11-2623 (ALG)
        Defendant.  )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on <u>July 18, 2012</u> as it appears in the records of this court, and that:

   X  No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

   X  No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                                                                       Date

   ☐  An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
                        Name of Court               Date

   ☐  An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
     Date

Vito Genna<br>
Clerk of the Bankruptcy Court<br>
<br>
By: _____<br>
Deputy Clerk<br>
<br>
August 27, 2012<br>
Date

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York
### Vito Genna
### Clerk of the Court

## TRANSCRIPT OF JUDGMENT
BC No.: 12,0070
Case No.: 11-2623A (ALG)

| JUDGMENT AGAINST THE FOLLOWING PARTY (IES) | JUDGMENT FOR THE FOLLOWING PARTY (IES) |
|---|---|
| **Manoucher Sarbaz**<br>9903 Santa Monica Blvd.<br>Suite 541<br>Beverly Hills, CA 90212 | **Yann Geron,** as Chapter 7 Trustee of the Estate of Thelen, LLP<br>c/o Fox Rothschild LLP<br>100 Park Avenue – Suite 1500<br>New York, NY 10017 |

| DEBT:<br>$425,058.02 | INTEREST:<br>.20% | COSTS: | DATE SIGNED:<br>7/16/2012 | DATE FILED:<br>7/18/2012 |
|---|---|---|---|---|

**ATTORNEY:**
**Teresa Sadutto-Carley**
Platzer, Swergold, Karlan, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas
18th Floor
New York, NY 10018
(212) 593-3000

### Judgment

| HOW OBTAINED: Judgment Order | SATISFIED: |
|---|---|

I, __*Vito Genna*__, Clerk of the United States Bankruptcy Court for the Southern District of New York, do hereby certify that the foregoing is a true and accurate transcript from the Docket of Judgments kept in my office and that the above judgment has __NOT__ been satisfied of record.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this Twenty-seventh day of August 2012.

Vito Genna
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                              : Chapter 7

THELEN LLP,                                         : Case No. 09-15631 (ALG)

                        Debtor.                     :

---

YANN GERON, as Chapter 7 Trustee of the             :
Estate of Thelen LLP,                               :
                                                    :
                        Plaintiff,                  : Adv. Pro. No. 11-02623 (ALG)
                                                    :
        - against -                                 :
                                                    :
MANOUCHER SARBAZ AND                                :
PACIFIC GOLF COMMUNITY                              :
DEVELOPMENT LLC,                                    : BC 12,0070
                                                    :
                        Defendant.                  :

---

## JUDGMENT

**UPON** the notice of application, application and affidavit of Yann Geron, as Chapter 7 Trustee of the Estate of Thelen LLP ("Plaintiff") by his attorneys, Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP, for judgment by default pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and upon the summons and notice of pre-trial hearing and complaint issued and served, and the affidavit of service, and upon failure of the Defendant, Manoucher Sarbaz ("Defendant in Default" and/or "Defendant"), to answer the complaint or to otherwise respond to the complaint, and

**WHEREAS** Plaintiff asserts that the relief sought in the Complaint is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (B), (E) and (O), and



**WHEREAS** the Defendant in Default has not contested that this is a core proceeding, and

**WHEREAS** Plaintiff is entitled to pre-judgment interest at a rate of 9.00% pursuant to N.Y. C.P.L.R. §§5001 and 5004; it is hereby

**ORDERED** that judgment is hereby entered against Manoucher Sarbaz, in the sum of $398,785.71 together with $25,959.31 in interest, calculated at the rate of 9.00% per annum from September 14, 2011 to June 4, 2012, plus $293.00 costs, representing the cost of filing the instant adversary proceeding, plus $20.00 representing the statutory costs pursuant to 28 U.S.C. §1923, all totaling the sum of $425,058.02.

Dated: New York, New York
July 16, 2012

s/Allan L. Gropper
UNITED STATES BANKRUPTCY JUDGE

I hereby attest and certify on 8/27/12 that this document is a full, true and correct copy of the original filed on our court's electronic case filing system.

Clerk, US Bankruptcy Court, SDNY

By: _____ Deputy Clerk